# Exhibit “4”

Gregory M. Saylin (9648)
J. Derek Kearl (10738)
HOLLAND & HART LLP
222 S. Main, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5934
Facsimile: (801) 799-5700
gmsaylin@hollandhart.com
jdkearl@hollandhart.com

*Attorneys for Plaintiff International Bridge, Inc.*

**IN THE FOURTH JUDICIAL DISTRICT COURT, AMERICAN FORK DEPARTMENT IN AND FOR UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIP PARCEL, LLC, a Pennsylvania limited liability company; DAVID S. BOGATIN, an individual; SNEZHANA BOGATIN, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants. | **PROOF OF SERVICE UNDER UTAH R. CIV. P. 4**<br><br>Case No. 230100195<br>Judge: Denise M. Porter |

Pursuant to Rule 4(e) of the Utah Rules of Civil Procedure, service of the Complaint & Summons has been made on Defendant Snezhana Bogatin on September 18, 2023, by a third-party process server. Attached hereto as Exhibits A and B, respectively, is a true and correct copy of the Affidavit of Service providing details of service and a copy of the Summons.

DATED this 19th day of September 2023.

HOLLAND & HART LLP

/s/ J. Derek Kearl
Gregory M. Saylin
J. Derek Kearl

*Attorneys for Plaintiff International Bridge, Inc.*

30511785

# EXHIBIT A

International Bridge Inc Plaintiff
vs.
VIP Parcel LLC et al Defendant

STATE OF UTAH
Venue 4th Dist. American Fork Dept.
Docket Number Utah Cty. 230100195

**Person to be served** (Name & Address):

Snezhana Bogatin
115 Red Lion Rd
Huntingdon Valley, Pa 19006

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

**Attorney:**
Greg M Saylin Esq
222 South Main St., Ste 2200, Salt Lake City, Utah 84101

Cost of Service pursuant to R. 4:4-3(c)

$ ________

**Papers Served:**
Summons Complaint Bilingual Notice(URCP 4)

**Service Data:**

Served Successfully X Not Served ______

Date: 9/18/2023 Time: 10:55 A.M.

Attempts: 1

X Delivered a copy to ~~him~~ / her personally

______ Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

______ Left a copy with a person authorized to accept service, e.g., managing agent, registered agent, etc. (Indicate name & official title at right)

Name of Person Served and relationship / title:

SNEZHANA BOGATIN :
SERVED AT: 161 BUCK ROAD
STE. 1100, HUNTINGDON VALLEY PA
19006

**Description of Person Accepting Service:**

Sex: FEMALE Age: 50 Height: 5'6" Weight: 125 Skin Color: WHITE Hair Color: BROWN

**Unserved:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: __________ Date ________ Time
__________ Date ________ Time
( ) Other: ______________________ Comments or Remarks ____________________

**Server Data:**

Subscribed and Sworn to me this 18 day of September 2023

[signature]

Notary Signature
Name of Notary / commission expiration

I, ~~<Name of Server>~~ MICHAEL DOYLE, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

[signature] 9/18/2023
Signature of Process Server Date

<Insert Private Server's name, address and telephone number.>

LOUISE F. DONNIAN
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 15, 2025

MICHAEL DOYLE
SUITE 281
230 KINGS HIGHWAY EAST
HADDONFIELD NJ 08033
215-595-7650

# EXHIBIT B

Greg M. Saylin (9648)
J. Derek Kearl (10738)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile (801) 799-5700
gmsaylin@hollandhart.com
jdkearl@hollandhart.com

*Attorneys for Plaintiff International Bridge, Inc.*

**If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.**

**IN THE FOURTH JUDICIAL DISTRICT COURT, AMERICAN FORK DEPARTMENT IN AND FOR UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC., a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VIP PARCEL, LLC, a Pennsylvania limited liability company; DAVID S. BOGATIN, an individual; SNEZHANA BOGATIN, an individual, and DOES 1 through 10 inclusive,<br><br>Defendants. | **SUMMONS**<br><br>Case No. 230100195<br><br>Judge: Denise M. Porter<br><br>Tier: 3 |

**THE STATE OF UTAH TO:**

**SNEZHANA BOGATIN**
**115 Red Lion Rd.**
**Huntingdon Valley, Pennsylvania 19006**

You are summoned and required to answer the Complaint attached hereto. Within thirty (30) days of service of this Summons, you must file your written answer with the Clerk of the Court at the following address: Fourth Judicial District Court, Utah County, American Fork Department, 75 East 80 North, Suite 202, American Fork, Utah 84003, and you must mail or

deliver a copy to Plaintiff's attorney at the address listed above. If you fail to do so, judgment by default may be taken against you for the relief demanded in the Complaint.

DATED this 15th day of September 2023.

HOLLAND & HART LLP

*/s/ J. Derek Kearl*
Gregory M. Saylin
J. Derek Kearl

*Attorneys for Plaintiff International Bridge, Inc.*

30370493

Bilingual Notice to Responding Party for Out-of-State Summons
(for compliance with URCP 4)

A lawsuit has been filed against you. You must respond in writing by the deadline for the court to consider your side. The written response is called an Answer.

Se ha presentado una demanda en su contra. Si desea que el juez considere su lado, deberá presentar una respuesta por escrito dentro del periodo de tiempo establecido. La respuesta por escrito es conocida como la Respuesta.

**Deadline!**
Your Answer must be filed with the court and served on the other party **within 30 days** of the date you were served with this Summons.

If you do not file and serve your Answer by the deadline, the other party can ask the court for a default judgment. A default judgment means the other party can get what they asked for, and you do not get the chance to tell your side of the story.

**¡Fecha límite para contestar!**
Su Respuesta debe ser presentada en el tribunal y también con la debida entrega formal a la otra parte **dentro de 30 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio.

Si usted no presenta una respuesta ni hace la entrega formal dentro del plazo establecido, la otra parte podrá pedirle al juez que asiente un fallo por incumplimiento. Un fallo por incumplimiento significa que la otra parte recibe lo que pidió, y usted no tendrá la oportunidad de decir su versión de los hechos.

**Read the complaint/petition**
The Complaint or Petition has been filed with the court and explains what the other party is asking for in their lawsuit. Read it carefully.

**Lea la demanda o petición**
La demanda o petición fue presentada en el tribunal y ésta explica lo que la otra parte pide. Léala cuidadosamente.

**Answer the complaint/petition**
You must file your Answer in writing with the court **within 30 days** of the date you were served with this Summons. You can find an Answer form on the court's website: utcourts.gov/ans

Scan QR code to visit page

**Cómo responder a la demanda o petición**
Usted debe presentar su Respuesta por escrito en el tribunal **dentro de 30 días** a partir de la fecha en que usted recibió la entrega formal del Citatorio. Puede encontrar el formulario para la presentación de la Respuesta en la página del tribunal: utcourts.gov/ans-span

Para accesar esta página escanee el código QR

**Serve the Answer on the other party**
You must email, mail or hand deliver a copy of your Answer to the other party (or their attorney or licensed paralegal practitioner, if they have one) at the address shown at the top left corner of the first page of this Summons.

**Entrega formal de la respuesta a la otra parte**
Usted deberá enviar por correo electrónico, correo o entregar personalmente una copia de su Respuesta a la otra parte (o a su abogado o asistente legal, si tiene) a la dirección localizada en la esquina izquierda superior de la primera hoja del citatorio.

**Finding help**
The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.

Scan QR code to visit page

**Cómo encontrar ayuda legal**
Para información sobre maneras de obtener ayuda legal, vea nuestra página de Internet Cómo Encontrar Ayuda Legal. (utcourts.gov/help-span) Algunas maneras de obtener ayuda legal son por medio de una visita a un taller jurídico gratuito, o mediante el Centro de Ayuda. También hay ayuda legal a precios de descuento y consejo legal breve.

Para accesar esta página escanee el código QR

قم بالمسح الضوئي للرمز لزيارة الصفحة

An Arabic version of this document is available on the court's website:
نسخة عربية من هذه الوثيقة على موقع المحكمة على الإنترنت:توجد
utcourts.gov/arabic-out

A Simplified Chinese version of this document is available on the court's website:
本文件的简体中文版可在法院网站上找到：
utcourts.gov/chinese-out

请扫描QR码访问网页

A Vietnamese version of this document is available on the court's website:
Một bản tiếng Việt của tài liệu này có sẵn trên trang web của tòa:
utcourts.gov/viet-out

Xin vui lòng quét mã QR (Trả lời nhanh)để viếng trang