# Exhibit "5"

**The Order of the Court is stated below:**
**Dated:** August 29, 2023
04:34:40 PM

**At the direction of:**
/s/ JENNIFER A MABEY
District Court Judge
**by**
/s/ JENNIFER PECK
District Court Clerk

4TH DISTRICT COURT - PROVO
UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| INTERNATIONAL BRIDGE INC,<br>Plaintiff,<br><br>vs.<br>VIP PARCEL LLC et al.,<br>Defendant. | RULING<br>ORDER OF TRANSFER<br><br>Case No: 230401852<br>Judge: MABEY, JENNIFER A<br>Date: August 29, 2023 |

In accordance with a General Order of the Fourth District Court, effective immediately, this case is transferred to the American Fork Department of the Fourth District Court located at 75 East 80 North, Suite 202, American Fork, Utah 84003. All future pleadings shall be filed with the Clerk of the Court at that location and should clearly be identified by case number 230100195. Communication with the Court regarding this file shall be made through the Clerk of the Court at the American Fork Department at (801) 756-9654.

**End Of Order - Signature at the Top of the First Page**

**CERTIFICATE OF NOTIFICATION**

I certify that a copy of the attached document was sent to the following people for case 230401852 by the method and on the date specified.

EMAIL: J DEREK KEARL JDKEARL@HOLLANDHART.COM

EMAIL: GREGORY SAYLIN GMSAYLIN@HOLLANDHART.COM

Date: 08/29/23 /s/ JENNIFER PECK
Signature