# Exhibit “6”

**4TH DISTRICT CT - AF**
**UTAH, STATE OF UTAH**
**INTERNATIONAL BRIDGE INC vs. VIP PARCEL LLC, et al.**

**CASE NUMBER** 230100195 - Contracts

CURRENT ASSIGNED JUDGE: DENISE M PORTER

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Defendant | VIP PARCEL LLC | |
| Defendant | DAVID S BOGATIN | |
| Defendant | SNEZHANA BOGATIN | |
| Plaintiff | INTERNATIONAL BRIDGE INC | GREGORY SAYLIN<br>J DEREK KEARL |

**Events**

| Date | Event |
|---|---|
| August 22, 2023 | Filed: Complaint |
| August 22, 2023 | Fee Account created |
| August 22, 2023 | Fee Payment |
| August 22, 2023 | Case filed by efiler |
| August 22, 2023 | Filed: Return of Electronic Notification |
| August 29, 2023 | Case filed by casetran |
| August 29, 2023 | Filed: Order of Transfer |
| August 30, 2023 | Filed: Return of Electronic Notification |
| September 19, 2023 | Filed: Return of Service Proof of Service Under Utah R. Civ. P. 4 |
| September 19, 2023 | Filed: Return of Electronic Notification |
| September 19, 2023 | Filed: Return of Service Proof of Service Under Utah R. Civ. P. 4 |
| September 19, 2023 | Filed: Return of Service Proof of Service Under Utah R. Civ. P. 4 |
| September 19, 2023 | Filed: Return of Electronic Notification |