BRIAN E. LAHTI (16290)
blahti@LHlitigation.com
LAHTI HELFGOTT LLC
299 S. Main St., Suite 1300
Salt Lake City, UT 84111
Telephone: 650.390.4075

Attorneys for Defendants VIP PARCEL, LLC,
SNEZHANA BOGATIN and DAVID BOGATIN

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.<br><br>Plaintiff,<br>v.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10 inclusive,<br><br>Defendants. | **DECLARATION OF SNEZHANA BOGATIN IN SUPPORT OF NOTICE OF REMOVAL**<br><br>Case No. 23-cv-695<br><br>District Judge ____________<br>Magistrate Judge ___________ |

I, Snezhana Bogatin, hereby declare that:

1. I am over twenty-one years of age and have personal knowledge of the facts contained in this declaration. If asked to testify, I would and could testify as set forth herein. I am a citizen of and domiciled in the Commonwealth of Pennsylvania.

2. I am the sole member and President of VIPParcel, LLC ("VIP"), a Pennsylvania limited liability company.

3. VIP and I consent to the removal of the State Court Action to federal court.

4. However, I do not consent to personal jurisdiction in Utah, and plan to move to dismiss the action against us on the basis of, *inter alia*, lack of personal jurisdiction and failure to state a claim upon which relief can be granted.

I declare under criminal penalty of the laws of Utah, Pennsylvania, and the United States that the foregoing is true and correct.

Signed on the 2nd day of October, 2023, in Bucks County, Pennsylvania.

Snezhana Bogatin