BRIAN E. LAHTI (16290)
blahti@LHlitigation.com
LAHTI HELFGOTT LLC
299 S. Main St., Suite 1300
Salt Lake City, UT 84111
Telephone: 650.390.4075

Attorneys for Defendants VIP PARCEL, LLC,
SNEZHANA BOGATIN and DAVID BOGATIN

---

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.<br><br>Plaintiff,<br>v.<br><br><br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10 inclusive,<br><br>Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Case No. 2:23-CV-00695<br><br>District Judge ______________<br><br>Magistrate Judge _____________ |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, VIP Parcel, LLC, hereby states that it does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated: October 2, 2023

Respectfully submitted,
LAHTI HELFGOTT LLC

By: *_/s/ Brian E. Lahti_*
Brian E. Lahti
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I am employed by the law firm of LAHTI HELFGOTT LLC, 299 South Main Street, Suite 1300, Salt Lake City, Utah 84111, and that a true and correct copy of the foregoing **Rule 7.1 Corporate Disclosure Statement** was delivered to the following this 2nd day of October, 2023, by the Court's ECF system and/or electronic mail on the following:

Greg M. Saylin (9648)
J. Derek Kearl (10738)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
gmsaylin@hollandhart.com
jdkearl@hollandhart.com

By: *_/s/ Brian E. Lahti_*