BRIAN E. LAHTI (16290)
blahti@LHlitigation.com
LAHTI HELFGOTT LLC
299 S. Main St., Suite 1300
Salt Lake City, UT 84111
Telephone: 650.390.4075

Attorneys for Defendants VIP PARCEL, LLC,
SNEZHANA BOGATIN and DAVID BOGATIN

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.<br><br>Plaintiff,<br>v.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10 inclusive,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>Case No. 2:23-cv-00695-DAO<br><br>District Judge ________________<br><br>Magistrate Judge Daphne A. Oberg |

Defendants VIP Parcel, LLC ("VIP"), Snezhana Bogatin ("S. Bogatin") and David S. Bogatin ("D. Bogatin")(collectively, "Defendants") and Plaintiff International Bridge, Inc. ("International Bridge"), by and through their respective counsel, hereby stipulate and jointly move for a brief three-day extension for Defendants to respond to International Bridge's Complaint.

Good cause exists to grant this stipulated motion. Defendants' Counsel is requesting this brief three-day extension due to other press of business and deadlines in unrelated matters. Defendants' current deadline to respond to the Complaint is October 10, 2023. The stipulated extension will move Defendants deadline to respond to the Complaint to October 13, 2023. The stipulated extension to respond to the Complaint will not affect the date of any event or deadline already fixed by Court order. Thus, the parties respectfully request that the Court grant the stipulated motion to allow Defendants to respond to the Complaint on October 13, 2023.

A proposed Order Granting the Stipulated Motion To Extend The Deadline To Respond To The Complaint is filed herewith.

Dated: October 10, 2023

LAHTI HELFGOTT LLC

By: */s/ Brian E. Lahti*
Brian E. Lahti
*Attorneys for Defendants*

HOLLAND & HART LLP

By:**/s/ Sarah Hafen*
Sarah Hafen
*Attorneys for Plaintiff*
*Signature affixed with permission