BRIAN E. LAHTI (16290)
blahti@LHlitigation.com
LAHTI HELFGOTT LLC
299 S. Main St., Suite 1300
Salt Lake City, UT 84111
Telephone: 650.390.4075

Attorneys for Defendants VIP PARCEL, LLC,
SNEZHANA BOGATIN and DAVID BOGATIN

**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.<br><br>Plaintiff,<br>v.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10 inclusive,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE COMPLAINT**<br>Case No. 2:23-cv-00695-DAO<br><br>District Judge _______________<br><br>Magistrate Judge Daphne A. Oberg |

This matter is before the Court on the Parties' Stipulated Motion to Extend the Deadline to Respond to the Complaint ("Stipulated Motion"). Having reviewed the Stipulated Motion, and based upon the stipulation of the Parties and good cause shown, the Court hereby GRANTS the Stipulated Motion.

It is hereby ORDERED as follows:

1. Defendants shall file their response to the Complaint on or before October 13, 2023.

Dated: October ____, 2023

BY THE COURT:

______________________________
Honorable Daphne A. Oberg
U.S. Magistrate Judge

**Approved-as-to-form:**

HOLLAND & HART LLP

By: **/s/ Sarah Hafen*______________________________
Sarah Hafen
*Attorneys for Plaintiffs*
*Signature affixed with permission