Greg M. Saylin (9648)
J. Derek Kearl (10738)
Sarah A. Hafen (16466)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
GMSaylin@hollandhart.com
JDKearl@hollandhart.com
SAHafen@hollandhart.com

*Attorneys for Plaintiff International Bridge, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10, inclusive,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 2:23-CV-00695-JNP-DAO<br><br>Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff International Bridge, Inc. ("**Plaintiff**"), and Defendants VIP Parcel, LLC, David S. Bogatin, and Snezhana Bogatin ("**Defendants**"), by and through their respective counsel of record, hereby stipulate to an extension of time for Plaintiff to file its response to Defendants' Motion to Dismiss, and

respectfully request that the Court enter the concurrently filed Order granting leave to Plaintiff to do so.

Federal Rule for Civil Procedure 6(b) states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Defendants filed their Motion to Dismiss on October 13, 2023. [Dkt. 13.] Accordingly, the deadline for Plaintiff to respond to Defendant's Motion to Dismiss was originally set for November 13, 2023. *See* Fed. R. Civ. P. 6; DUCiv 7-1(a)(4)(A). This deadline has not expired. Good cause exists for an extension due to other competing court deadlines for Plaintiff's counsel, including a trial set to begin in mid-November. The Parties hereby stipulate and agree that Plaintiff may have three additional weeks to respond to Defendants' Motion to Dismiss, making the deadline December 4, 2023.

The Parties now respectfully move this Court to enter the concurrently filed Order extending the time for Plaintiff to file its response.

DATED this 7th day of November, 2023.

HOLLAND & HART LLP

*/s/ Sarah A. Hafen*
Greg M. Saylin
J. Derek Kearl
Sarah A. Hafen
*Attorneys for Plaintiff*

LAHTI HELFGOTT LLC

*/s/ Brian E. Lahti*
Brian E. Lahti
*Attorneys for Defendants*
*(Signed with permission given by Brian E. Lahti via email.)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November, 2023, I caused a true and correct copy of the foregoing to be filed electronically with the Court via the Court's electronic efiling system, CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Sarah A. Hafen*