Greg M. Saylin (9648)
J. Derek Kearl (10738)
Sarah A. Hafen (16466)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
GMSaylin@hollandhart.com
JDKearl@hollandhart.com
SAHafen@hollandhart.com

*Attorneys for Plaintiff International Bridge, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10, inclusive,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>Case No. 2:23-CV-00695-JNP-DAO<br><br>Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

The Parties have filed a Stipulated Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (the "**Stipulated Motion**"), pursuant to which the Parties have stipulated that Plaintiff shall have through December 4, 2023 to file its response to Defendants'

Motion to Dismiss pursuant to Federal Rule of Civil Procedure 6(b). Based upon the Stipulated Motion, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED, and Plaintiff shall have through December 4, 2023 to file its response to Defendants' Motion to Dismiss.

Stipulated this _____ day of November, 2023.

BY THE COURT

______________________________
Jill N. Parrish
United States District Judge

Approved as to form:

LAHTI HELFGOTT LLC

*/s/ Brian E. Lahti*
Brian E. Lahti
*Attorneys for Defendants*

*(Signed with permission of counsel)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November, 2023, I caused a true and correct copy of the foregoing to be filed electronically with the Court via the Court's electronic efiling system, CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Sarah A. Hafen*