Brian E. Lahti, Esq. (16290)
LAHTI HELFGOTT LLC
299 S. Main St., Suite 1300
Salt Lake City, UT 84111
P: 650-390-4075
E: blahti@LHlitigation.com

Vlad Tinovsky, Esq. (pro hac vice)
TINOVSKY LAW FIRM
5 Neshaminy Interplex, Suite 205
Trevose, PA 19053
P: 215-568-6862
E: vtinovsky@tinovskylaw.com

Attorneys for Defendants VIP PARCEL, LLC,
SNEZHANA BOGATIN and DAVID BOGATIN

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.<br><br>Plaintiff,<br>v.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:23-cv-00695-DAO<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff International Bridge, Inc. ("Plaintiff"), and Defendants VIP Parcel, LLC, David S. Bogatin, and Snezhana Bogatin ("Defendants"), by and through their respective counsel of record, hereby stipulate to an extension of time for Defendants to file their Reply Brief in Support of Defendants' Motion to Dismiss, and respectfully request that the Court enter the concurrently filed Order granting leave to Defendants to do so.

Federal Rule for Civil Procedure 6(b) states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Defendants filed their Motion to Dismiss on October 13, 2023. [Dkt. 13.] Plaintiff filed its Opposition to the Motion to Dismiss on December 11, 2023. [Dkt. 25.] Accordingly, the deadline for Plaintiff to respond to Defendant's Motion to Dismiss was originally set for December 26, 2023. See Fed. R. Civ. P. 6; DUCiv 7-1(a)(4)(A). This deadline has not expired. Good cause exists for an extension due to, *inter alia*, the undersigned defense counsel's family health issues. The Parties hereby stipulate and agree that Defendants may have one additional week to file the Reply Brief, making the deadline January 2, 2024.

The Parties now respectfully move this Court to enter the concurrently filed Order extending the time for Plaintiff to file its response.

RESPECTFULLY SUBMITTED this 26th day of December, 2023.

TINOVSKY LAW FIRM

By: /s/ Vlad Tinovsky
Vlad Tinovsky, Esq. (pro hac vice)
*Counsel for Defendants*

HOLLAND & HART LLP

By: /s/ Sarah A. Hafen
Sarah A. Hafen
*Counsel for Plaintiff*
(Signed with permission given by Sarah A. Hafen via email)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulated Motion was delivered to the following this 26th day of December, 2023, by the Court's ECF system and/or electronic mail on the following:

Greg M. Saylin
J. Derek Kearl
Sarah A. Hafen
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
gmsaylin@hollandhart.com
jdkearl@hollandhart.com
SAHafen@hollandhart.com

By: /s/ Vlad Tinovsky
Vlad Tinovsky, Esq. (pro hac vice)
*Counsel for Defendants*

Dated: December 26, 2023