Brian E. Lahti, Esq. (16290)
LAHTI HELFGOTT LLC
299 S. Main St., Suite 1300
Salt Lake City, UT 84111
P: 650-390-4075
E: blahti@LHlitigation.com

Vlad Tinovsky, Esq. (pro hac vice)
TINOVSKY LAW FIRM
5 Neshaminy Interplex, Suite 205
Trevose, PA 19053
P: 215-568-6862
E: vtinovsky@tinovskylaw.com

Attorneys for Defendants VIP PARCEL, LLC,
SNEZHANA BOGATIN and DAVID BOGATIN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.<br><br>Plaintiff,<br>v.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:23-cv-00695-DAO<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS** |

The Parties have filed a Stipulated Motion for Extension of Time for Defendants to file their Reply Brief ("Reply Brief") in Support of their Motion to Dismiss (the "Stipulated Motion"), pursuant to which the Parties have stipulated that Defendants shall have through January 2, 2024 to file their Reply Brief pursuant to Federal Rule of Civil Procedure 6(b). Based upon the Stipulated Motion, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulated Motion is GRANTED, and Defendants

shall have through January 2, 2024 to file their Reply Brief.

SO ORDERED this ____ day of December, 2023.

BY THE COURT

______________________________
Daphne A. Oberg
United States District Judge

Approved as to form:

HOLLAND & HART LLP

/s/ Sarah A. Hafen
Sarah A. Hafen (16466)
*Attorneys for Plaintiff*

*(Signed with permission of counsel)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulated Order was delivered to the Court and all counsel of record on this 26th day of December, 2023, by the Court's ECF system and/or electronic mail.

By: /s/ Vlad Tinovsky
Vlad Tinovsky, Esq. (pro hac vice)
*Counsel for Defendants*

Dated: December 26, 2023