# EXHIBIT A

Declaration of Sarah A. Hafen

I, Sarah A. Hafen, declare as follows:

1. I am a member in good standing of the State Bar of Utah, and I am employed by the law firm of Hollard & Hart, LLP, attorneys of record for Plaintiff International Bridge, Inc. ("Plaintiff"). I have personal knowledge of the facts set forth herein and if called upon as a witness could and would testify as follows:

2. On or about November 30, 2023, the Plaintiff approached the Defendants with a proposal by which Plaintiff offered to stipulate to amend the complaint to drop Mr. Bogatin and Ms. Bogatin from the Complaint, without prejudice to Plaintiff's ability to move the Court to amend the Complaint based on the results of Plaintiff's completion of discovery into the appropriateness of piercing the corporate veil, provided that the evidence established grounds for imposing individual liability on the Bogatins. Pursuant to that discussion, Plaintiff's counsel circulated a proposed Amended Complaint, to which Defense counsel consented on December 1, 2023. Subsequently, Plaintiff's counsel circulated a proposed stipulated motion for leave to amend.

3. On December 4, 2023, Defense counsel notified Plaintiff that Defendants did not consent to the proposed stipulated motion as drafted because Defendants did not believe there was any basis for veil piercing and/or alter ego discovery. Plaintiff did agree to provide Plaintiff with an additional week from December 4 to December 11 to file this Opposition (the "Second Extension Stipulation"). On December 5, 2023 this Court granted the Second Extension Stipulation. (ECF No. 24.)

4. Plaintiff's counsel has conducted public records searches with regard to VIP, Oil Divine, LLC and ExpressFromUs.Com using Westlaw. Attached hereto as Exhibits "1", "2" and "3" are the results of the public records searches, which identifies the information on VIP (Exhibit "1"), Oil Divine (Exhibit "2") and ExpressFromUs.Com (Exhibit "3").

I hereby declare under penalty of perjury that the foregoing is true and correct and if called upon as a witness I would be competent to testify thereto.

Executed this 11th day of December, 2023 at Salt Lake City, Utah.

Sarah A. Hafen

# EXHIBIT 1

| | | | |
|---|---|---|---|
| **DUNS:** | 04-429-6040 | | |
| **Business Is A:** | SINGLE LOCATION<br>CORPORATION<br>SMALL BUSINESS | **Establishment Is:** | US OWNED |
| **Last Update to Record:** | 11/12/2023 | | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

# Corporate Filings (3 Records)

To Summary

## VIPPARCEL, LLC

**Corporation Address:** 111 BUCK ROAD STE 1100
HUNTINGDON VALLEY, PA 19006

### Filing Record

| | | | |
|---|---|---|---|
| **Filing Date:** | 9/15/2020 | | |
| **State of Incorporation:** | PENNSYLVANIA | | |
| **Corporation Number:** | 202026210412 | | |
| **Status:** | ACTIVE | **Information Current Through:** | 11/21/2023 |
| | | **Business Type Detail:** | SHIPPING |
| **Business Type:** | LIMITED LIABILITY COMPANY - OUT OF STATE | | |
| **Office Location Where Filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION | **Office Address Where Filed:** | 1500-11TH STREET<br>SACRAMENTO, CA 95814 |

### Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| SNEZHANA BOGATIN | MANAGER | 111 BUCK ROAD STE 1100 HUNTINGDON VALLEY, PA | |

### Registered Agent

**Name:** INCORP SERVICES, INC.

**Address:** 5716 CORSA AVE SUITE 110
WESTLAKE VILLAGE, CA

### Stock Records

**Franchise Status:** GOOD

To Summary

## VIPPARCEL, LLC

**Corporation Address:** 111 BUCK RD UNIT 1100
HUNTINGDON VALLEY, PA 19006

### Filing Record

| | | | |
|---|---|---|---|
| **Filing Date:** | 11/21/2017 | | |
| **State of Incorporation:** | PENNSYLVANIA | | |
| **Corporation Number:** | M17000009926 | | |
| **Status:** | ACTIVE | **Information Current Through:** | 04/06/2023 |

CO

| | | | |
|---|---|---|---|
| **Office Location Where Filed:** | STATE DEPARTMENT/CORPORATION DIVISION | **Office Address Where Filed:** | 409 E. GAINES ST TALLAHASSEE, FL 32301 |

## Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| SNEZHANA BOGATIN | | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | |

## Registered Agent

**Name:** REGISTERED AGENTS INC

**Address:** 7901 4TH STREET NORTH ST.PETERSBURG, FL 33702

## Stock Records

**Annual Report Filed Date:** 03/08/2022

## Amendments

| Effective Date | History Code | Description |
|---|---|---|
| 01/18/2023 | MISCELLANEOUS | 2023 ANNUAL REPORT FILED. |
| 03/08/2022 | MISCELLANEOUS | 2022 ANNUAL REPORT FILED. |

To Summary

# VIPPARCEL, LLC

**Corporation Address:** 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006

## Filing Record

| | | | |
|---|---|---|---|
| **Filing Date:** | 5/29/2015 | | |
| **State of Incorporation:** | PENNSYLVANIA | | |
| **Corporation Number:** | 0004358905 | | |
| **Duration:** | PERPETUAL | | |
| **Status:** | ACTIVE | **Information Current Through:** | 08/01/2023 |
| **Duns ID:** | 04-429-6040 | **Filing Office Duns ID:** | 36-195-5891 |
| **Business Type:** | DOMESTIC LIMITED LIABILITY CO | | |
| **Office Location Where Filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION | **Office Address Where Filed:** | 203 NORTH OFFICE BLDG HARRISBURG, PA 17120 |

## Registered Agent

**Address:**

## Amendments

| Effective Date | History Code | Description |
|---|---|---|
| 05/29/2015 | MISCELLANEOUS | INITIAL FILING |

| | Debtor | Creditor | Filing Date | Filing Type | Filing Location | View Full-Text |
|---|---|---|---|---|---|---|
| 2. | VIPPARCEL, LLC | CHTD COMPANY | 01/24/2019 | ORIGINAL | PA | Full-Text |
| 3. | VIPPARCEL, LLC | CHTD COMPANY | 12/18/2017 | ORIGINAL | PA | Full-Text |

# UCC Filings (3 Records)

To Summary

## Filing Information

| | | | |
|---|---|---|---|
| **Filing Number:** | 2019012401077 | **Full Filing Number:** | 2019012401077 |
| **Filing Date:** | 1/24/2019 | | |
| **Filing Type:** | TERMINATION | | |
| **Filing Date of Cross Reference Filing:** | 12/18/2017 | **Cross Reference Filing Number:** | 2017121800617 |
| | | **Filing State:** | PA |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION | **Filing Office Location:** | 308 NORTH OFFICE BUILDING HARRISBURG, PA 17120 |

## Debtor Information

| | | | |
|---|---|---|---|
| **Debtor Name:** | VIPPARCEL, LLC | **Debtor Address:** | 111 BUCK ROAD, STE 1100 HUNTINGDON VALLEY, PA 19006 |
| | | **Debtor Business DUN:** | 04-429-6040 |

## Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| **Secured Party Name:** | CHTD COMPANY | **Secured Party Address:** | P.O. BOX 2576 SPRINGFIELD, IL 62708 |

To Summary

## Filing Information

| | | | |
|---|---|---|---|
| **Filing Number:** | 2019012401078 | **Full Filing Number:** | 2019012401078 |
| **Filing Date:** | 1/24/2019 | **Expiration Date:** | 01/24/2024 |
| **Filing Type:** | ORIGINAL | | |
| | | **Filing State:** | PA |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION | **Filing Office Location:** | 308 NORTH OFFICE BUILDING HARRISBURG, PA 17120 |

## Debtor Information

| | | | |
|---|---|---|---|
| **Debtor Name:** | VIPPARCEL, LLC | **Debtor Address:** | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 |
| | | **Debtor Business DUN:** | 04-429-6040 |

## Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| **Secured Party Name:** | CHTD COMPANY | **Secured Party Address:** | P.O. BOX 2576 SPRINGFIELD, IL 62708 |

VIPPARCEL

| | | |
|---|---|---|
| EXPRESSFROMUS, INC. | VIPPARCEL, LLC | HAPPY PROPERTY, LLC |
| VIPPARCEL.COM | NEW HOUSE MANAGEMENT LLC | RICH AND HAPPY LLC |
| RUBARKH JEFFREY | SNEZHANA BOGATIN | ELEGANT WINDOW TREATMENTS INC |

## People with Same Address (2 Records)

### 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546

| | | |
|---|---|---|
| DAVID BOGATIN | SARA WICKHAM | MICHAEL SALMIERI |
| LEONID BOGATIN | SNEZHANA BOGATIN | OANH NGUYEN |

### 111 BUCK RD HUNTINGDON VALLEY, PA 19006

| | | |
|---|---|---|
| DAVID BOGATIN | MITAL AMIN | RENATA MYERS |
| ALLAN WEINBERG | SARA WICKHAM | EDWARD KATSNELSON |
| SANDRA GALLO | ANITA FERRIS | DONALD GORDON |
| RICH ITRI | | |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| **OFAC listing:** | No |
| **Global Sanctions:** | No |
| **Business Address Used as Residential Address:** | YES |
| **P.O. Box listed as Address:** | No |
| **Bankruptcy Debtor or Creditor:** | No |
| **Other Listings Linked to Business Phone Number:** | YES |
| **Other Businesses Linked to the Business Address:** | YES |
| **Other Businesses Linked to Same FEIN:** | No |
| **Key Nature of Suit:** | No |
| **Party to a Class Action last 12 months:** | No |
| **Going Concern:** | No |
| **MSB listing:** | No |
| **Healthcare Sanction:** | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| GOTTLIEB FAMILY FOUNDATION | 1434 COUNTY LINE RD HUNTINGDON VALLEY, PA 19006 | Street | Shared Person Contact | No | No |
| VIPPARCEL LLC | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Business Name | No | No |
| INDIGO READING CLUB | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Person Contact | No | No |
| | 111 BUCK RD | | | | |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| | VALLEY, PA 19006 | | | | |
| GOTTLIEB FAMILY FOUNDATION CHARITABLE TRUST | 1434 COUNTY LINE RD HUNTINGDON VALLEY, PA 19006 | Street | Shared Person Contact | No | No |
| BOGATIN, SNEZHANA | 4 GEORGETOWN CIR NEWTOWN, PA 18940 | Street | Shared Phone Number | No | No |
| EXPRESS FROM USCOM | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Named Executive | No | No |
| RICH AND HAPPY LLC | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Person Contact | No | No |
| VIPPARCEL | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Business Name | No | No |
| VIPPARCEL.COM | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Named Executive | No | No |
| HARMONY LIFE FOUNDATION INC | 1110 4 MAPLES CT ROYERSFORD, PA 3474 | Street | Shared Person Contact | No | No |

## Business Contact Records Summary (5 Records)

| | Name | Organization | Email | View Full-Text |
|---|---|---|---|---|
| 1. | AARON ERNST | VIPPARCEL | aaron@vipparcel.com | Full-Text |
| 2. | ANATOLIY YANOVSKIY | VIPPARCEL | anatoliy@vipparcel.com | Full-Text |
| 3. | ANTONIO MAGALDI | VIPPARCEL, LLC | antonio@vipparcel.com | Full-Text |
| 4. | JUAN VISPERAS | VIPPARCEL | juan@vipparcel.com | Full-Text |
| 5. | MIKE K | VIPPARCEL, LLC | mike@vipparcel.com | Full-Text |

## UCC Filings Summary (3 Records)

| Debtor | Creditor | Filing Date | Filing Type | Filing Location | View Full-Text |
|---|---|---|---|---|---|

## Filing Information

| | | | |
|---|---|---|---|
| **Filing Number:** | 2017121800617 | **Full Filing Number:** | 2017121800617 |
| **Filing Date:** | 12/18/2017 | **Expiration Date:** | 12/18/2022 |
| **Filing Type:** | ORIGINAL | **Filing State:** | PA |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION | **Filing Office Location:** | 308 NORTH OFFICE BUILDING HARRISBURG, PA 17120 |

## Debtor Information

| | | | |
|---|---|---|---|
| **Debtor Name:** | VIPPARCEL, LLC | **Debtor Address:** | 111 BUCK ROAD, STE 1100 HUNTINGDON VALLEY, PA 19006 |
| | | **Debtor Business DUN:** | 04-429-6040 |

## Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| **Secured Party Name:** | CHTD COMPANY | **Secured Party Address:** | P.O. BOX 2576 SPRINGFIELD, IL 62708 |

# Business Contact Records (5 Records)

To Summary

## Work Affiliation Information

| | |
|---|---|
| **Name:** | AARON ERNST |
| **Title:** | DIRECTOR, STRATEGIC ALLIANCES |
| **Job Department:** | FINANCE |
| **Job Level:** | DIRECTOR |
| **Organization:** | VIPPARCEL |
| **Organization Address:** | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 USA |
| **Business E-mail:** | aaron@vipparcel.com |
| **E-mail Domain:** | vipparcel.com |
| **Work Headquarters Phone:** | 844-727-2355 |

To Summary

## Work Affiliation Information

| | |
|---|---|
| **Name:** | ANATOLIY YANOVSKIY |
| **Title:** | DIRECTOR, BUSINESS DEVELOPMENT |
| **Job Department:** | SALES |
| **Job Level:** | DIRECTOR |
| **Organization:** | VIPPARCEL |
| **Organization Address:** | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 USA |
| **Business E-mail:** | anatoliy@vipparcel.com |
| **E-mail Domain:** | vipparcel.com |
| **Work Headquarters Phone:** | 844-727-2355 |

To Summary

## Work Affiliation Information

| | |
|---|---|
| **Name:** | ANTONIO MAGALDI |

VIPPARCEL

| | |
|---|---|
| **Job Level:** | MANAGER |
| **Organization:** | VIPPARCEL, LLC |
| **Organization Address:** | HUNTINGDON VALLEY, PA 19006-1546 US |
| **Business E-mail:** | antonio@vipparcel.com |
| **E-mail Domain:** | vipparcel.com |
| **LinkedIn Address:** | linkedin.com/in/antonio-magaldi-95963225 |

To Summary

### Work Affiliation Information

| | |
|---|---|
| **Name:** | JUAN VISPERAS |
| **Title:** | WEST COAST BRANCH MANAGER, SALES & OPERATIONS |
| **Job Department:** | OPERATIONS |
| **Job Level:** | MANAGER |
| **Organization:** | VIPPARCEL |
| **Organization Address:** | 111 BUCK RD UNIT 1100<br>HUNTINGDON VALLEY, PA 19006-1546 USA |
| **Business E-mail:** | juan@vipparcel.com |
| **E-mail Domain:** | vipparcel.com |
| **Work Headquarters Phone:** | 844-727-2355 |
| **LinkedIn Address:** | linkedin.com/in/ACwAAAE5bvUB5slh0H5f_7x4D2SkH-af4zDC82Q |

To Summary

### Work Affiliation Information

| | |
|---|---|
| **Name:** | MIKE K |
| **Organization:** | VIPPARCEL, LLC |
| **Organization Address:** | HUNTINGDON VALLEY, PA 19006-1546 US |
| **Business E-mail:** | mike@vipparcel.com |
| **E-mail Domain:** | vipparcel.com |

## FEIN Records (1 Record)

To Summary

| | |
|---|---|
| **Company Name:** | VIPPARCEL, LLC |
| **TaxPayer I.D.FEIN:** | 47-4118738 |
| **Business Address:** | 111 BUCK RD UNIT 1100<br>HUNTINGDON VY, PA 19006 |
| **Source of Information:** | Experian |

## Business Profile Records (1 Record)

To Summary

| | | | |
|---|---|---|---|
| **Business Name:** | VIPPARCEL | | |
| **Business Address:** | 111 BUCK RD UNIT 1100<br>HUNTINGDON VALLEY, PA<br>19006-1546 | **County:** | BUCKS |
| **Secondary Business Address:** | | | |
| **Primary Country:** | USA | | |

| | | | |
|---|---|---|---|
| Contact: | MAXIM MATSNEV | Contact's Title: | SALES EXECUTIVE |
| Primary SIC Code: | 5947 GIFT, NOVELTY, AND SOUVENIR SHOP | Secondary SIC Code: | 7389 BUSINESS SERVICES, NEC<br>7300 7300<br>7331 DIRECT MAIL ADVERTISING SERVICES<br>4212 LOCAL TRUCKING, WITHOUT STORAGE |
| Primary NAICS Code: | 492210 LOCAL MESSENGERS AND LOCAL DELIVERY | Secondary NAICS Code: | 541860 DIRECT MAIL ADVERTISING<br>459420 459420<br>491110 POSTAL SERVICE |
| | | Year Established: | 2009 |
| US Corporate Filings Number: | FL M17000009926 | Employees at Location Year: | 14 |
| Sales from Location Year: | $7,394,000 (2021) | Business Profile Record Update Date: | 3/6/2023 |

## D&B Market Identifier Records (1 Record)

To Summary

### 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546

#### BusinessInformation

| | | | |
|---|---|---|---|
| Business Name: | VIPPARCEL, LLC | | |
| Business Address: | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 | County: | MONTGOMERY |
| Year Started: | 2014 | Phone: | (844) 727-2355 |
| Line of Business: | BUSINESS SERVICES | | |

#### Executive Information

| | | | |
|---|---|---|---|
| Executive Name: | ANATOLIY YANOVSKIY | Executive Title: | DIRECTOR OF PHARMACY SERVICES |
| Executive Name: | SNEZHANA BOGATIN | Executive Title: | MEMBER |

#### SIC Information

| | | | |
|---|---|---|---|
| Primary SIC: | 7389 | SIC Description: | BUSINESS SERVICES, NEC, NSK |
| Primary SIC: | 7389 1604 | SIC Description: | POST OFFICE CONTRACT STATIONS |

#### Financial Information

| | | | |
|---|---|---|---|
| Annual Sales: | $7,700,000-ACTUAL | Annual Sales Revision Date: | Annual Sales Revision Date:06/03/2023 |
| 1-Yr-Ago: | $7,700,000 | 3-Yr-Ago: | $7,700,000 |
| Sales Growth: | % | | |
| MSA Code: | 6160 | MSA Name: | PHILADELPHIA, PA-NJ |
| Square Footage: | 10000 | Occupancy Type: | RENTED |
| | | Industry Group: | SERVICES - NON PROFESSIONAL |

#### Employee Information

| | | | |
|---|---|---|---|
| Employees Total: | 12 | Employees Here: | 12-ACTUAL |
| 1-Yr-Ago: | 12 | Employment Growth: | % |
| 3-Yr-Ago: | 12 | | |

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - For use by a person holding a legal or beneficial interest relating to the consumer.
VOTERS - Use in connection with a non-commercial purpose.
Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

## Report Section(s) with no Matches (88 Records)

Full Business Description (SEC Filings), Business Finder Records Summary, D&B Worldbase Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, People with Same Phone Number, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, Business Finder Records, D&B Worldbase, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records

# EXHIBIT 2

(9 Records)

Background Information

Full-Text Documents

Permissible Uses and FCRA Disclaimer

Miscellaneous

## Business Overview (1 Section)




| | |
|---|---|
| **Address:** | 111 BUCK RD, UNIT 1100<br>HUNTINGDON VALLEY, PA 19006 |
| **Additional Entity Source(s):** | Corporate Filings - Secretary of State<br>D&B Worldbase |
| **Active Ticker Symbols:** | |
| **Inactive Ticker Symbols:** | |
| **Location of Incorporation:** | PENNSYLVANIA |
| **DUNS:** | 09-267-0521 |
| **Filing Date:** | 12/22/2020 |
| **Filing Number:** | 0007182187 |

## D&B Worldbase Summary (1 Record)

| | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | OIL DIVINE LLC | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546USA | |

## Corporate Filings Summary (1 Record)

| | Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|---|
| 1. | OIL DIVINE LLC | DOMESTIC LIMITED LIABILITY CO | ACTIVE | PA | |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| **OFAC listing:** | No |
| **Global Sanctions:** | No |
| **Business Address Used as Residential Address:** | |
| **P.O. Box listed as Address:** | No |
| **Bankruptcy Debtor or Creditor:** | No |
| **Other Listings Linked to Business Phone Number:** | No |
| **Other Businesses Linked to the Business Address:** | |
| **Other Businesses Linked to Same FEIN:** | No |
| **Key Nature of Suit:** | No |
| **Party to a Class Action last 12 months:** | No |
| **Going Concern:** | No |
| **MSB listing:** | No |
| **Healthcare Sanction:** | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| OIL DIVINE LLC | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Business Name | No | No |

## D&B Worldbase (1 Record)

### BusinessInformation

| | | | |
|---|---|---|---|
| **Business Name:** | OIL DIVINE LLC | | |
| **Business Address:** | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 | **Mailing Address:** | ) |
| **County:** | MONTGOMERY | | |

| | | | |
|---|---|---|---|
| **Country:** | USA | | |
| **Continent:** | NORTH AMERICA | **Continent:** | 0 |
| **Year Started:** | 2020 | **Operating Status:** | ACTIVE |
| **Duns ID:** | 09-267-0521 | | |
| **Last Update to Record:** | 06/10/2023 | | |

## Management Team

## Business Details

| | | | |
|---|---|---|---|
| **Line of Business:** | UNDETERMINED | | |
| **Primary SIC:** | 9999 | **Primary SIC Description:** | NONCLASSIFIED ESTABLISHMENT |
| **Total Employees:** | 5-MODELED*<br>*PRINCIPALS NOT INCLUDED IN TOTAL | **Employees Here:** | 5-MODELED |

## Financial Information

| | | | |
|---|---|---|---|
| **Net Worth US:** | NOT AVAILABLE | **Profit US:** | NOT AVAILABLE |
| **Net Worth Local:** | NOT AVAILABLE | **Profit Local:** | NOT AVAILABLE |
| **Currency:** | U.S. DOLLAR | | |

## Sales Information

| | | | |
|---|---|---|---|
| **Annual Sales US:** | $163,968-MODELED | **Annual Sales Local:** | $NOT AVAILABLE |

## Company History/Operations/Relationships & Other Information

## This Company's Specifics

| | |
|---|---|
| **DUNS:** | 09-267-0521 |
| **Ownership Is:** | PRIVATELY OWNED |
| **Business Is A:** | SINGLE LOCATION |

**Parent Company Address:**

**Ultimate Company Address:**

**Headquarters Company Address:**

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

# Corporate Filings (1 Record)

## OIL DIVINE LLC

**Corporation Address:** 111 BUCK RD, UNIT 1100
HUNTINGDON VALLEY, PA 19006

## Filing Record

| | | | |
|---|---|---|---|
| **Filing Date:** | 12/22/2020 | | |
| **State of Incorporation:** | PENNSYLVANIA | | |
| **Corporation Number:** | 0007182187 | | |
| **Duration:** | PERPETUAL | | |
| **Status:** | ACTIVE | **Information Current Through:** | 08/01/2023 |
| **Duns ID:** | 09-267-0521 | **Filing Office Duns ID:** | 36-195-5891 |
| **Business Type:** | DOMESTIC LIMITED LIABILITY CO | | |
| **Office Location Where Filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION | **Office Address Where Filed:** | 203 NORTH OFFICE BLDG HARRISBURG, PA 17120 |

## Registered Agent

OIL DIVINE LLC
Address:

**Amendments**

| Effective Date | History Code | Description |
|---|---|---|
| 12/22/2020 | MISCELLANEOUS | INITIAL FILING |

## Permissible Uses (4 Records)

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - NO PERMISSIBLE USE.
VOTERS - NO PERMISSIBLE USE.
Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

## Report Section(s) with no Matches (100 Records)

Phone Numbers, Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, D&B Market Identifier Records Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, Businesses with Same Address, People with Same Phone Number, People with Same Address, Business Contact Records Summary, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Business Contact Records, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, D&B Market Identifier Records, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records

# EXHIBIT 3

(21 Records)

Business Overview (1)
Phone Numbers (3)
Businesses with Same Phone Number (2)
Businesses with Same Address (1)
People with Same Address (2)
Quick Analysis Flags (1)
Associate Analytics Chart (1)
Background Information
Business Finder Records Summary (1)
Business Profile Records Summary (1)
D&B Market Identifier Records Summary (2)
D&B Worldbase Summary (2)
Corporate Filings Summary (2)
Potentially Adverse
UCC Filings Summary (5)
Full-Text Documents
UCC Filings (5)
Business Finder Records (1)
Business Profile Records (1)
D&B Market Identifier Records (2)
D&B Worldbase (2)
Corporate Filings (2)
Permissible Uses and FCRA Disclaimer
Permissible Uses (4)
Miscellaneous
Report Section(s) with no Matches (88)

## Business Overview (1 Section)




| | |
|---|---|
| **Address:** | 111 BUCK RD UNIT 1100<br>HUNTINGDON VALLEY, PA 19006-1546 |
| **Phone Number:** | (215) 844-3498 |
| **Active Ticker Symbols:** | |
| **Inactive Ticker Symbols:** | |
| **Location of Incorporation:** | PENNSYLVANIA |
| **Primary SIC Code:** | 4731 |
| **DUNS:** | 03-252-3285 |
| **DUNS:** | 07-508-6334 |
| **Website Address:** | www.expressfromus.com |
| **Number of Employees:** | 5 TO 9 |
| **Filing Date:** | 04/17/2019 |
| **Filing Number:** | 6874127 |
| **Officers/Directors/Contacts:** | SNEZHANA BOGAGIN, MEMBER |
| **Officers/Directors/Contacts:** | SNEZHANA BOGATIN, OWNER |

## Phone Numbers (3 Records)

| Business | Phone Number |
|---|---|
| EXPRESS FROM USCOM | (215) 844-3498 |
| EXPRESSFROMUS, INC. | (215) 942-8660 |
| EXPRESSFROMUS.COM | (215) 000-1111 |

## Business Finder Records Summary (1 Record)

| | Contact Name | Business Name | Business Address | Business Type | View Full-Text |
|---|---|---|---|---|---|
| 1. | SNEZHANA BOGATIN, OWNER | EXPRESSFROMUS.COM | 111 BUCK RD # 1100 HUNTINGDON VLY, PA 19006-1546 | ADVERTISING-COMPUTER | Full-Text |

## Business Profile Records Summary (1 Record)

| | Business Name | Business Address | Executive Name | Primary SIC Code | View Full-Text |
|---|---|---|---|---|---|
| 1. | EXPRESS FROM USCOM | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 | SNEZHANA BOGATIN | FREIGHT TRANSPORTATION ARRANGEMENT | Full-Text |

## D&B Market Identifier Records Summary (2 Records)

| | Business Name | Business Address | Executive Name | SIC Description | Latest Update to Record | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | RICH AND HAPPY, LLC | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 | SNEZHANA BOGAGIN | FREIGHT TRANSPORTATION ARRANGEMENT, NSK | 09/24/2023 | Full-Text |
| 2. | EXPRESSFROMUS, INC. | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 | | DURABLE GOODS, NEC | 10/01/2023 | Full-Text |

## D&B Worldbase Summary (2 Records)

| | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | RICH AND HAPPY, LLC | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546USA | Full-Text |
| 2. | EXPRESSFROMUS, INC. | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546USA | Full-Text |

## Corporate Filings Summary (2 Records)

| | Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|---|
| 1. | EXPRESSFROMUS, INC. | DOMESTIC CORPORATION | ACTIVE | PA | Full-Text |
| 2. | EXPRESSFROMUS.COM | FICITIOUS NAME | ACTIVE | PA | Full-Text |

## Businesses with Same Phone Number (2 Records)

### (215) 000-1111

| | | |
|---|---|---|
| BA PARKWAY ASSOCIATES II | RUCHIKA A PATEL MD | WILLIAM SOTACK DO |
| NEW VIEW MANAGEMENT LLC | BENJAMIN M SUSSMAN DO | DEEPA AMBERKER MD |
| THD CONTRACT SVC LLC | O'DONNELL ALLIANCE LLC | TIFFANY B CORP |

 © 2023 Thomson Reuters. No claim to original U.S. Government Works. 

| | | |
|---|---|---|
| Y & N CURB APPEAL | ELECTRIC CHARGING STATION | LOGRUS GLOBAL LLC |
| CRISISCOMMUNICATION.NET LLC | PATRICK T WATERS DO | ANOOP M RAMAN MD |
| MASCHER DANCE INC | RILEMAXX LLC | SUPPORT-MICROCOMPUTERS ASSOC |
| TACONY 2008 INC | STEINBERG LAURENCE | JOHN B STETSON CHARTER SCH AN |
| ANIL VACHANI MD | MATRIARCH SOCIETY | OHIO CEMETERY ASSN |
| NEW WORLD REHABILITATION CENTER | LJK MANAGEMENT LLC | TWINING RETIREMENT CMNTY LLC |
| HIPHOP UNTAPPED LLC | KIPP WHITTIER DEVELOPMENT LLC | THOMAS K RUTH MD |
| FRED H WEISS MD | BREAST 4 BABES INC | FAMILY CONSTRUCTION & HM |
| ARUBA'S HALAL KITCHEN | SOUTH PHILADELPHIA | NATALIE THONI MD |
| MET-A-MORPHOSIS INSPIRING | EBBING LAUTENBACH MD | K & M PRODUCT FULFILMENT LLC |
| INFLUENCING ACTION MOVEMENT | YES WE CARE RECOVERY INC | FALCAO LINDA P |
| AGRO-EXPORT CONSULTING AGENCY | BERNARD E ILSON MD | R A SMITH GROUP LLC |
| SENBAGAM VIRUDACHALAM MD | JAMES P GUEVARA MD | MCCONKEY GABRIEL |
| ROBERT N SLADE MD | INSUREPLATE LLC | STOVALL DIGITAL SOLUTIONS LLC |
| KATHY S MU DO | MAN C FUNG MD | MARINA SHTERN MD |
| ANDREW GASSMAN MD | INJURED WORKERS' ADVOCACY PRGM | PHILLY RENTALS ONLINE |
| MASTERY CHARTER SCH-GRATZ CMPS | MOTORS DRIVES & CONTROLS INC | ANDREW LEVIN |
| MAN | SOYUZ CONTRACTORS INC | WHOLE TRUTH FUND |
| NAZACO | VISIONS FOR RECOVERY CONSLNTS | DONALD R MEADE DO |
| ELECTRIC CHARGING STATION | BETHANY CHRISTIAN SVC-GREATER | LALS INC |
| JOHN M O'KELLY PA | ANTONUCCI DONNA L MD | NEW HOPE GRANGE CORP |
| AVPEACE INC | MEGHAN MUSSELMAN MD | BUCKS COUNTY INDL DEVMNT AUTH |
| MILFORD TOWNSHIP VOLUNTEER FR | OLIVE DROP TRANSPORTATION LLC | E CINDY LENDOR MD |
| NICHOLAS VILLALTA MD | HKMTECH INC | NOW YOUTH FOUNDATION INC |
| JACLYN M DIETZOLD MD | 530 MACOBY STREET OPER LLC | RACHEL KISHTON MD |
| ATLAS LABS LLC | Z-POYNT LLC | IMPACT COMMUNITY DEVMNT CORP |
| ANDREW C SIMONSON MD | SC REHAB & NURSING CTR LLC | BRUCE I BRODKIN MD |
| BACH-YEN T NGUYEN MD | 1 CRESCENT HOLDCO LLC | EDMUND K MOON MD |
| SCHISSELBAUER CONSULTING LLC | FANTASTIC FINISHES BUS SLTNS | ND XXVII LLC |
| 26.2 HOLDINGS LLC | PHILADELPHIA WOMEN'S NTWRK | |

**(215) 844-3498**

| | | |
|---|---|---|
| SNEZHANA BOGATIN | | |

## Businesses with Same Address (1 Record)

### 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546

| | | |
|---|---|---|
| HAPPY PROPERTY, LLC | VIPPARCEL.COM | NEW HOUSE MANAGEMENT LLC |
| RICH AND HAPPY LLC | RUBARKH JEFFREY | VIPPARCEL |
| SNEZHANA BOGATIN | ELEGANT WINDOW TREATMENTS INC | VIPPARCEL, LLC |

## People with Same Address (2 Records)

### 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546

| | | |
|---|---|---|
| DAVID BOGATIN | MICHAEL SALMIERI | SARA WICKHAM |
| OANH NGUYEN | LEONID BOGATIN | SNEZHANA BOGATIN |

### 111 BUCK RD HUNTINGDON VALLEY, PA 19006

| | | |
|---|---|---|
| DAVID BOGATIN | MITAL AMIN | RENATA MYERS |
| ALLAN WEINBERG | EDWARD KATSNELSON | AZIM MURADOV |
| LUKE KINAKH | ANITA FERRIS | MICHAEL SALMIERI |
| BORIS OVRUGSKY | | |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| **OFAC listing:** | No |
| **Global Sanctions:** | No |
| **Business Address Used as Residential Address:** | YES |

| | |
|---|---|
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | YES |
| Other Businesses Linked to the Business Address: | YES |
| Other Businesses Linked to Same FEIN: | No |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| GOTTLIEB FAMILY FOUNDATION | 1434 COUNTY LINE RD HUNTINGDON VALLEY, PA 19006 | Street | Shared Person Contact | No | No |
| INDIGO READING CLUB | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Person Contact | No | No |
| VIPPARCEL LLC | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Named Executive | No | No |
| GOTTLIEB FAMILY FOUNDATION CHARITABLE TRUST | 1434 COUNTY LINE RD HUNTINGDON VALLEY, PA 19006 | Street | Shared Person Contact | No | No |
| BOGATIN, SNEZHANA | 4 GEORGETOWN CIR NEWTOWN, PA 18940 | Street | Shared Phone Number | No | No |
| EXPRESS FROM USCOM | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Business Name | No | No |
| RICH AND HAPPY LLC | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Named Executive | No | No |
| VIPPARCEL | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Named Executive | No | No |
| SNEZHANA BOGATIN | 111 BUCK RD UNIT 1100 HUNTINGDON | High Rise | Shared Named Executive | No | No |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| | VALLEY, PA 19006 | | | | |
| VIPPARCEL.COM | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Shared Named Executive | No | No |
| HARMONY LIFE FOUNDATION INC | 1110 4 MAPLES CT ROYERSFORD, PA 3474 | Street | Shared Person Contact | No | No |
| BOGAGIN, SNEZHANA | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006 | High Rise | Possible Relationship | No | No |

## UCC Filings Summary (5 Records)

| | Debtor | Creditor | Filing Date | Filing Type | Filing Location | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | EXPRESSFROMUS.COM; RICH AND HAPPY, LLC | MERCHANT CASH AND CAPITAL, LLC | 04/01/2015 | AMENDMENT | PA | Full-Text |
| 2. | EXPRESSFROMUS.COM; RICH AND HAPPY, LLC | MERCHANT CASH AND CAPITAL, LLC | 07/17/2014 | AMENDMENT | PA | Full-Text |
| 3. | EXPRESSFROMUS.COM; RICH AND HAPPY, LLC | MERCHANT CASH AND CAPITAL, LLC | 11/05/2013 | ORIGINAL | PA | Full-Text |
| 4. | EXPRESSFROMUS.COM; RICH AND HAPPY, LLC | MERCHANT CASH AND CAPITAL, LLC | 11/05/2013 | ORIGINAL | MS | Full-Text |
| 5. | EXPRESSFROMUS.COM; RICH AND HAPPY, LLC | MERCHANT CASH AND CAPITAL, LLC | 11/05/2013 | ORIGINAL | MS | Full-Text |

## UCC Filings (5 Records)

To Summary

### Filing Information

| | | | |
|---|---|---|---|
| **Filing Number:** | 2015040102146 | **Full Filing Number:** | 2015040102146 |
| **Filing Date:** | 4/1/2015 | **Expiration Date:** | 11/05/2018 |
| **Filing Time:** | 10:51PM | | |
| **Filing Type:** | AMENDMENT | | |
| **Filing Date of Cross Reference Filing:** | 11/05/2013 | **Cross Reference Filing Number:** | 2013110501915 |
| | | **Filing State:** | PA |
| **Filing Office:** | SECRETARY OF STATE/UCC DIVISION | **Filing Office Location:** | 308 NORTH OFFICE BUILDING HARRISBURG, PA 17120 |

## Debtor Information

| | | | |
|---|---|---|---|
| Debtor Name: | EXPRESSFROMUS.COM | Debtor Address: | 111 BUCK RD UNIT 1100 HUNTINGTON VALLEY, PA 19006 |
| | | Debtor Business DUN: | 03-252-3285 |
| Debtor Name: | RICH AND HAPPY, LLC | Debtor Address: | 111 BUCK RD UNIT 1100 HUNTINGTON VALLEY, PA 19006 |

## Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| Secured Party Name: | MERCHANT CASH AND CAPITAL, LLC | Secured Party Address: | 450 PARK AVENUE SOUTH, 11TH FLOOR NEW YORK, NY 10016 |
| | | Secured Party Business DUNS: | 36-063-9814 |

To Summary

## Filing Information

| | | | |
|---|---|---|---|
| Filing Number: | 2014071703400 | Full Filing Number: | 2014071703400 |
| Filing Date: | 7/17/2014 | Expiration Date: | 11/05/2018 |
| Filing Time: | 12:25PM | | |
| Filing Type: | AMENDMENT | | |
| Filing Date of Cross Reference Filing: | 11/05/2013 | Cross Reference Filing Number: | 2013110501915 |
| | | Filing State: | PA |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION | Filing Office Location: | 308 NORTH OFFICE BUILDING HARRISBURG, PA 17120 |

## Debtor Information

| | | | |
|---|---|---|---|
| Debtor Name: | EXPRESSFROMUS.COM | Debtor Address: | 111 BUCK RD UNIT 1100 HUNTINGTON VALLEY, PA 19006 |
| | | Debtor Business DUN: | 03-252-3285 |
| Debtor Name: | RICH AND HAPPY, LLC | Debtor Address: | 111 BUCK RD UNIT 1100 HUNTINGTON VALLEY, PA 19006 |
| | | Debtor Business DUN: | 03-252-3285 |

## Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| Secured Party Name: | MERCHANT CASH AND CAPITAL, LLC | Secured Party Address: | 450 PARK AVENUE SOUTH, 11TH FLOOR NEW YORK, NY 10016 |
| | | Secured Party Business DUNS: | 36-063-9814 |

To Summary

## Filing Information

| | | | |
|---|---|---|---|
| Filing Number: | 2013110501915 | Full Filing Number: | 2013110501915 |
| Filing Date: | 11/5/2013 | Expiration Date: | 11/05/2018 |
| Filing Time: | 11:09PM | | |
| Filing Type: | ORIGINAL | | |
| | | Filing State: | PA |
| Filing Office: | SECRETARY OF STATE/UCC DIVISION | Filing Office Location: | 308 NORTH OFFICE BUILDING HARRISBURG, PA 17120 |

## Debtor Information

| | | | |
|---|---|---|---|
| Debtor Name: | EXPRESSFROMUS.COM | Debtor Address: | 111 BUCK RD UNIT 1100 HUNTINGTON VALLEY, PA 19006 |

| | | | |
|---|---|---|---|
| | | Debtor Business DUN: | 03-252-3285 |
| Debtor Name: | RICH AND HAPPY, LLC | Debtor Address: | 111 BUCK RD UNIT 1100 HUNTINGTON VALLEY, PA 19006 |

### Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| Secured Party Name: | MERCHANT CASH AND CAPITAL, LLC | Secured Party Address: | 450 PARK AVENUE SOUTH, 11TH FLOOR NEW YORK, NY 10016 |
| | | Secured Party Business DUNS: | 36-063-9814 |

To Summary

### Filing Information

| | | | |
|---|---|---|---|
| Filing Number: | 2013110501915 | Full Filing Number: | 2013110501915 |
| Filing Date: | 11/5/2013 | Expiration Date: | 11/05/2018 |
| Filing Time: | 11:09PM | | |
| Filing Type: | ORIGINAL | | |
| | | Filing State: | MS |
| Filing Office: | UCC DIVISION | Filing Office Location: | 202 N CONGRESS ST JACKSON, MS 39201 |

### Debtor Information

| | | | |
|---|---|---|---|
| Debtor Name: | EXPRESSFROMUS.COM | Debtor Address: | HUNTINGTON VALLEY, PA 19006 |
| Debtor Name: | RICH AND HAPPY, LLC | Debtor Address: | HUNTINGTON VALLEY, PA 19006 |

### Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| Secured Party Name: | MERCHANT CASH AND CAPITAL, LLC | Secured Party Address: | NEW YORK, NY 10016 |

To Summary

### Filing Information

| | | | |
|---|---|---|---|
| Filing Number: | 2013110501915 | Full Filing Number: | 2013110501915 |
| Filing Date: | 11/5/2013 | Expiration Date: | 11/05/2018 |
| Filing Time: | 11:09PM | | |
| Filing Type: | ORIGINAL | | |
| | | Filing State: | MS |
| Filing Office: | UCC DIVISION | Filing Office Location: | 202 N CONGRESS ST JACKSON, MS 39201 |

### Debtor Information

| | | | |
|---|---|---|---|
| Debtor Name: | EXPRESSFROMUS.COM | Debtor Address: | HUNTINGTON VALLEY, PA 19006 |
| Debtor Name: | RICH AND HAPPY, LLC | Debtor Address: | HUNTINGTON VALLEY, PA 19006 |
| | | Debtor Business DUN: | 03-252-3285 |

### Secured Party or Creditor Information

| | | | |
|---|---|---|---|
| Secured Party Name: | MERCHANT CASH AND CAPITAL, LLC | Secured Party Address: | NEW YORK, NY 10016 |
| | | Secured Party Business DUNS: | 36-063-9814 |

## Business Finder Records (1 Record)

To Summary

**Company Information**

| | | | |
|---|---|---|---|
| **Business Name:** | EXPRESSFROMUS.COM | **Business Address:** | 111 BUCK RD # 1100 HUNTINGDON VLY, PA 19006-1546 |
| **County:** | BUCKS | **Phone:** | (215) 000-1111 |
| **Primary SIC:** | 731917 ADVERTISING-COMPUTER | | |
| **Organization:** | FIRM | | |
| | | **Sales from Location:** | $1,000 TO 2,499 |
| **Employees at Location:** | 5 TO 9 | | |

**Name Information**

| | | | |
|---|---|---|---|
| **Contact for Location:** | SNEZHANA BOGATIN | **Title:** | OWNER |

Data by Infogroup, Copyright 2023, All Rights Reserved.

## Business Profile Records (1 Record)

To Summary

| | | | |
|---|---|---|---|
| **Business Name:** | EXPRESS FROM USCOM | | |
| **Business Address:** | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 | **County:** | BUCKS |
| **Secondary Business Address:** | | | |
| **Primary Country:** | USA | | |
| **Area Code & Phone Number:** | (215) 844-3498 | | |
| | | **Web Address:** | www.expressfromus.com |
| **Contact:** | SNEZHANA BOGATIN | | |
| **Primary SIC Code:** | 4731 FREIGHT TRANSPORTATION ARRANGEMENT | | |
| **Primary NAICS Code:** | 541614 PROCESS, PHYSICAL DISTRIBUTION, AND LOGISTICS CONSULTING SERVICES | | |
| | | **Year Established:** | 2013 |
| **US Corporate Filings Number:** | PA 4217486 | | |
| | | **Employees at Location Year:** | 1 |
| **Sales from Location Year:** | $206,000 (2017) | **Business Profile Record Update Date:** | 8/31/2021 |

## D&B Market Identifier Records (2 Records)

To Summary

### 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546

**BusinessInformation**

| | | | |
|---|---|---|---|
| **Business Name:** | RICH AND HAPPY, LLC | **Related Names:** | EXPRESS FROM US.COM |
| **Business Address:** | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 | **County:** | MONTGOMERY |
| **Year Started:** | 2009 | | |
| | FREIGHT TRANSPORTATION | | |

| | |
|---|---|
| Line of Business: | ARRANGEMENT |

### Executive Information

| | | | |
|---|---|---|---|
| Executive Name: | SNEZHANA BOGAGIN | Executive Title: | MEMBER |

### SIC Information

| | | | |
|---|---|---|---|
| Primary SIC: | 4731 | SIC Description: | FREIGHT TRANSPORTATION ARRANGEMENT, NSK |
| Primary SIC: | 4731 0101 | SIC Description: | AGENTS, SHIPPING |

### Financial Information

| | | | |
|---|---|---|---|
| Annual Sales: | $267,071-ESTIMATED | Annual Sales Revision Date: | Annual Sales Revision Date:06/03/2023 |
| 1-Yr-Ago: | $ NOT AVAILABLE | 3-Yr-Ago: | $ NOT AVAILABLE |
| Sales Growth: | % | | |
| MSA Code: | 6160 | MSA Name: | PHILADELPHIA, PA-NJ |
| | | Industry Group: | TRANSPORATION, COMMUNICATION, ELECTRIC, GAS, AND SANITARY SERVICES |

### Employee Information

| | | | |
|---|---|---|---|
| Employees Total: | 1 | Employees Here: | 1-ACTUAL |
| 1-Yr-Ago: | 1 | Employment Growth: | % |
| 3-Yr-Ago: | 1 | | |

### Other Information

| | | | |
|---|---|---|---|
| DUNS: | 03-252-3285 | | |
| Business Is A: | SINGLE LOCATION<br>CORPORATION<br>SMALL BUSINESS | Establishment Is: | US OWNED |
| Last Update to Record: | 09/24/2023 | | |

To Summary

## 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546

### BusinessInformation

| | | | |
|---|---|---|---|
| Business Name: | EXPRESSFROMUS, INC. | | |
| Business Address: | 111 BUCK RD UNIT 1100 HUNTINGDON VALLEY, PA 19006-1546 | County: | MONTGOMERY |
| Year Started: | 2019 | Phone: | (215) 942-8660 |
| Line of Business: | WHOL DURABLE GOODS | | |

### SIC Information

| | | | |
|---|---|---|---|
| Primary SIC: | 5099 | SIC Description: | DURABLE GOODS, NEC |
| Primary SIC: | 5099 0000 | SIC Description: | DURABLE GOODS, NEC, NSK |

### Financial Information

| | | | |
|---|---|---|---|
| Annual Sales: | $72,536-ESTIMATED | Annual Sales Revision Date: | Annual Sales Revision Date:06/03/2023 |
| 1-Yr-Ago: | $ NOT AVAILABLE | 3-Yr-Ago: | $ NOT AVAILABLE |
| Sales Growth: | % | | |
| MSA Code: | 6160 | MSA Name: | PHILADELPHIA, PA-NJ |
| | | Industry Group: | WHOLESALE TRADE |

### Employee Information

| | | | |
|---|---|---|---|
| Employees Total: | 1 | Employees Here: | 1-ESTIMATED |
| 1-Yr-Ago: | NOT AVAILABLE | Employment Growth: | % |
| 3-Yr-Ago: | NOT AVAILABLE | | |

 © 2023 Thomson Reuters. No claim to original U.S. Government Works. 

### Other Information

| | | | |
|---|---|---|---|
| DUNS: | 07-508-6334 | | |
| Business Is A: | SINGLE LOCATION<br>CORPORATION<br>SMALL BUSINESS | Establishment Is: | US OWNED |
| Last Update to Record: | 10/01/2023 | | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

## D&B Worldbase (2 Records)

To Summary

### BusinessInformation

| | | | |
|---|---|---|---|
| Business Name: | RICH AND HAPPY, LLC | Secondary Business Name: | EXPRESS FROM USCOM |
| Business Address: | 111 BUCK RD UNIT 1100<br>HUNTINGDON VALLEY, PA<br>19006-1546 | Mailing Address: | ) |
| County: | MONTGOMERY | | |
| Country: | USA | | |
| Continent: | NORTH AMERICA | Continent: | 0 |
| Year Started: | 2009 | Operating Status: | ACTIVE |
| Duns ID: | 03-252-3285 | | |
| Last Update to Record: | 05/27/2023 | | |

### Management Team

| | | | |
|---|---|---|---|
| CEO Name: | SNEZHANA BOGAGIN | Title: | MEMBER |

### Business Details

| | | | |
|---|---|---|---|
| Line of Business: | FRGT TRANS ARNGMNT | | |
| Primary SIC: | 4731 | Primary SIC Description: | FREIGHT TRANSPORTATION ARRANGEMENT |
| Total Employees: | 1-ACTUAL* | Employees Here: | 1-ACTUAL |
| | *PRINCIPALS INCLUDED IN TOTAL | | |

### Financial Information

| | | | |
|---|---|---|---|
| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | U.S. DOLLAR | | |

### Sales Information

| | | | |
|---|---|---|---|
| Annual Sales US: | $267,071-MODELED | Annual Sales Local: | $NOT AVAILABLE |

### Company History/Operations/Relationships & Other Information

| This Company's Specifics | | | |
|---|---|---|---|
| DUNS: | 03-252-3285 | | |
| Legal Status: | CORPORATION | | |
| Ownership Is: | PRIVATELY OWNED | | |
| Business Is A: | SINGLE LOCATION | | |
| Parent Company Address: | | | |
| Ultimate Company Address: | | | |
| Headquarters Company Address: | | | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

To Summary

### BusinessInformation

| | | | |
|---|---|---|---|
| Business Name: | EXPRESSFROMUS, INC. | | |
| Business Address: | 111 BUCK RD UNIT 1100<br>HUNTINGDON VALLEY, PA<br>19006-1546 | Mailing Address: | ) |
| County: | MONTGOMERY | | |
| Country: | USA | | |
| Continent: | NORTH AMERICA | Continent: | 0 |
| Phone Number: | (215) 942-8660 | | |
| Year Started: | 2019 | Operating Status: | ACTIVE |
| Duns ID: | 07-508-6334 | | |
| Last Update to Record: | 06/03/2023 | | |

### Management Team

### Business Details

| | | | |
|---|---|---|---|
| Line of Business: | DURABLE GOODS NEC | | |
| Primary SIC: | 5099 | Primary SIC Description: | WHOL DURABLE GOODS |
| Total Employees: | 4-MODELED* | Employees Here: | 4-MODELED |
| | *PRINCIPALS NOT INCLUDED IN TOTAL | | |

### Financial Information

| | | | |
|---|---|---|---|
| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | U.S. DOLLAR | | |

### Sales Information

| | | | |
|---|---|---|---|
| Annual Sales US: | $114,838-MODELED | Annual Sales Local: | $NOT AVAILABLE |

### Company History/Operations/Relationships & Other Information

| This Company's Specifics | | | |
|---|---|---|---|
| DUNS: | 07-508-6334 | | |
| Legal Status: | CORPORATION | | |
| Ownership Is: | PRIVATELY OWNED | | |
| Business Is A: | SINGLE LOCATION | | |

| | |
|---|---|
| Parent Company Address: | |
| Ultimate Company Address: | |
| Headquarters Company Address: | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

## Corporate Filings (2 Records)

To Summary

### EXPRESSFROMUS, INC.

| | |
|---|---|
| Corporation Address: | 111 BUCK ROAD, UNIT 1100<br>HUNTINGDON VALLEY, PA 19006 |

### Filing Record

| | | | |
|---|---|---|---|
| Filing Date: | 4/17/2019 | | |
| State of Incorporation: | PENNSYLVANIA | | |
| Corporation Number: | 0006874127 | | |

| | | | |
|---|---|---|---|
| Duration: | PERPETUAL | | |
| Status: | ACTIVE | Information Current Through: | 08/01/2023 |
| Duns ID: | 07-508-6334 | Filing Office Duns ID: | 36-195-5891 |
| Corporation Type: | PROFIT | | |
| Business Type: | DOMESTIC CORPORATION | | |
| Office Location Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION | Office Address Where Filed: | 203 NORTH OFFICE BLDG HARRISBURG, PA 17120 |

## Registered Agent

| | | | |
|---|---|---|---|
| Address: | | | |

## Amendments

| Effective Date | History Code | Description |
|---|---|---|
| 04/17/2019 | MISCELLANEOUS | INITIAL FILING |

To Summary

## EXPRESSFROMUS.COM

| | |
|---|---|
| Corporation Address: | 111 BUCK ROAD, SUITE 1100 HUNTINGDON VALLEY, PA 19006 |

## Filing Record

| | | | |
|---|---|---|---|
| Filing Date: | 10/14/2014 | | |
| Corporation Number: | 0004303169 | | |
| Duration: | PERPETUAL | | |
| Status: | ACTIVE | Information Current Through: | 08/01/2023 |
| Duns ID: | 03-252-3285 | Filing Office Duns ID: | 36-195-5891 |
| Business Type: | FICITIOUS NAME | | |
| Office Location Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION | Office Address Where Filed: | 203 NORTH OFFICE BLDG HARRISBURG, PA 17120 |

## Registered Agent

| | | | |
|---|---|---|---|
| Address: | | | |

## Amendments

| Effective Date | History Code | Description |
|---|---|---|
| 04/17/2019 | MISCELLANEOUS | FICTITIOUS NAME AMENDMENT |
| 10/14/2014 | MISCELLANEOUS | INITIAL FILING |

# Permissible Uses (4 Records)

DPPA - For use in connection with a civil, criminal, or arbitral legal proceeding or legal research.
GLB - NO PERMISSIBLE USE.
VOTERS - NO PERMISSIBLE USE.
Skip Tracing for Consumer Collections Declaration - Are you using this product for skip tracing related to consumer debt collection? - No

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

## Report Section(s) with no Matches (88 Records)

Full Business Description (SEC Filings), FEIN Records Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, People with Same Phone Number, Business Contact Records Summary, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Docket Records, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Business Contact Records, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records