Greg M. Saylin (9648)
J. Derek Kearl (10738)
Sarah A. Hafen (16466)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
GMSaylin@hollandhart.com
JDKearl@hollandhart.com
SAHafen@hollandhart.com

*Attorneys for Plaintiff International Bridge, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10, inclusive,<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT VIP PARCEL, LLC'S AMENDED COUNTERCLAIM**<br><br>Case No. 2:23-CV-00695-JNP-DAO<br><br>Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff International Bridge, Inc. ("**Plaintiff**"), and Defendant VIP Parcel, LLC ("**Defendant**"), by and through their respective counsel of record, hereby stipulate to an extension of time for Plaintiff to file its response to Defendant VIP Parcel, LLC's Amended Counterclaim (the "**Amended Counterclaim**"), and respectfully request that the Court enter the concurrently filed Order granting leave to Plaintiff to do so.

Federal Rule for Civil Procedure 6(b) states: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Defendant filed its Amended Counterclaim on September 10, 2024. [ECF No. 36.] The deadline for Plaintiff to respond to the Amended Counterclaim is September 24, 2024. *See* Fed. R. Civ. P. 15. This deadline has not expired. Good cause exists for an extension as counsel for Plaintiff has had unavoidable scheduling conflicts. The Parties hereby stipulate and agree that Plaintiff may have one additional week to respond to the Amended Counterclaim, making the deadline October 1, 2024.

The Parties now respectfully move this Court to enter the concurrently filed Order extending the time for Plaintiff to file its response.

DATED this 24th day of September, 2024.

*/s/ Sarah A. Hafen*
Greg M. Saylin
J. Derek Kearl
Sarah A. Hafen
HOLLAND & HART LLP
*Attorneys for Plaintiff*

*/s/ Vlad Tinovsky*
*(Signed with permission by filing attorney)*
Vlad Tinovsky
TINOVSKY LAW FIRM

Brian E. Lahti
LAHTI HELFGOTT LLC

*Attorneys for Defendants VIP Parcel, LLC, Snezhana Bogatin, and David Bogatin*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2024, I caused a true and correct copy of the foregoing to be filed electronically with the Court via the Court's electronic efiling system, CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Sarah A. Hafen*