Greg M. Saylin (9648)
J. Derek Kearl (10738)
Sarah A. Hafen (16466)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
GMSaylin@hollandhart.com
JDKearl@hollandhart.com
SAHafen@hollandhart.com

*Attorneys for Plaintiff International Bridge, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VIP PARCEL, LLC, DAVID S. BOGATIN, SNEZHANA BOGATIN, and DOES 1 through 10, inclusive,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT VIP PARCEL, LLC'S AMENDED COUNTERCLAIM**<br><br>Case No. 2:23-CV-00695-JNP-DAO<br><br>Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

The Parties have filed a Stipulated Motion for Extension of Time to Respond to Defendant VIP Parcel, LLC's Amended Counterclaim (the "**Stipulated Motion**") (ECF No. 37), stipulating that Plaintiff shall have through October 1, 2024 to file its response to Defendant VIP Parcel, LLC's Amended Counterclaim (ECF No. 36). Based upon the Parties' Stipulated Motion and for good cause appearing, the Stipulated Motion (ECF No. 37) is GRANTED. Plaintiff shall

file its response to Defendant VIP Parcel, LLC's Amended Counterclaim no later than October 1, 2024.

Signed this _____ day of September, 2024.

BY THE COURT

______________________________
Jill N. Parrish
United States District Judge

Approved as to form:

*/s/ Vlad Tinovsky*
*(Signed with permission by filing attorney)*
Vlad Tinovsky
TINOVSKY LAW FIRM

Brian E. Lahti
LAHTI HELFGOTT LLC

*Attorneys for Defendants VIP Parcel, LLC, Snezhana Bogatin, and David Bogatin*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2024, I caused a true and correct copy of the foregoing to be filed electronically with the Court via the Court's electronic efiling system, CM/ECF, which sent notification of such filing to all counsel of record.

*/s/ Sarah A. Hafen*