Greg M. Saylin (9648)
J. Derek Kearl (10738)
Sarah A. Hafen (16466)
Kody L. Condos (17186)
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
GMSaylin@hollandhart.com
JDKearl@hollandhart.com
SAHafen@hollandhart.com
KLCondos@hollandhart.com

Anne K. Edwards (*admitted pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
444 South Flower Street, Suite 1700
Los Angeles, CA 09971
Telephone: (213) 358-7210
aedwards@sgrlaw.com

*Attorneys for Plaintiff and Counterclaim Defendant, International Bridge, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>VIP PARCEL, LLC,<br><br>Defendant. | **JOINT STATUS REPORT**<br><br>Civil No. 2:23-CV-00695-JNP-DAO<br><br>Honorable Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

Plaintiff and Counterclaim Defendant International Bridge, Inc. ("**Plaintiff**"), and

Defendant and Counterclaim Plaintiff VIP Parcel, LLC ("**Defendant**") (collectively, the "**Parties**"), are filing a Stipulated Motion for Entry of Amended Scheduling Order concurrent with the filing of this Joint Report, requesting a 6-month extension of the current scheduling order deadlines in this case.

The extension is based on the fact that the Parties recently concluded a mediation in this case, and new facts relevant to this matter have arisen. Plaintiff contends that these new facts warrant the amending of its pleadings filed in this action, and therefore Plaintiff plans to file such a motion for leave to amend without prejudice to Defendant's right to oppose or object thereto. The parties are also working to resolve pending discovery disputes and schedule depositions, which cannot be completed within the current case deadlines despite the parties' diligent efforts. If the Court grants such motion, Plaintiff will file its amended pleadings and will need to take discovery regarding these newly learned facts.

DATED this 30th day of January, 2026.

*/s/ Anne K. Edwards*
Greg M. Saylin
J. Derek Kearl
Sarah A. Hafen
Kody L. Condos
HOLLAND & HART LLP

Anne K. Edwards (*admitted pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP

*Attorneys for Plaintiff and Counterclaim Defendant, International Bridge, Inc.*

DATED this 30th day of January, 2026

*/s/ Vlad Tinovsky*
*(Signed with permission by filing attorney)*
Vlad Tinovsky
TINOVSKY LAW FIRM

Brian E. Lahti
LAHTI HELFGOTT LLC
*Attorneys for Defendant and Counterclaim Plaintiff, VIP Parcel, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2026, I caused a true and correct copy of the foregoing to be served via email on the following:

Brian E. Lahti, Esq.
LAHTI HELFGOTT LLC
299 S. Main St., Suite 1300
Salt Lake City, UT 84111
Blahti@LHlitigation.com

Vlad Tinovsky, Esq.
TINOVSKY LAW FIRM
5 Neshaminy Interplex, Suite 205
Trevose, PA 19053
vtinovsky@tinovskylaw.com

*/s/ Verastine Mills*
Verastine Mills