**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| INTERNATIONAL BRIDGE, INC.<br>Plaintiff,<br>v.<br><br>VIP PARCEL, LLC,<br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| VIP PARCEL, LLC<br>Counterclaim Plaintiff,<br><br>v.<br><br>INTERNATIONAL BRIDGE, INC.,<br>Counterclaim Defendant. | Case No. 2:23-cv-00695-JNP-DAO<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel for the parties hereby stipulate and agree that the above-captioned action, including all claims asserted by Plaintiff/Counterclaim Defendant, International Bridge, Inc., and all counterclaims asserted by Defendant/Counterclaim Plaintiff, VIP Parcel, LLC, is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

*/s/ Madeline A. Hock*
Lyndon R. Bradshaw (15097)
Madeline A. Hock (16770)
DENTONS DURHAM JONES
PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, Utah 84111
*Counsel for Plaintiff/Counterclaim Defendant, International Bridge, Inc.*

/s/ Vlad Tinovsky
Vlad Tinovsky (Pro Hac Vice)
TINOVSKY LAW FIRM
5 Neshaminy Interplex, Suite 205
Trevose, PA 19053
*Counsel for Defendant/Counterclaim Plaintiff, VIP Parcel, LLC*

Dated: August 5, 2026